IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMBRIDGE SECURITIES, LLC, BJORN AASEROD, AND JOSEPH SCOTT KARRO,<br><br>   *Appellants*,<br><br>                v.<br><br>ALFRED T. GIULIANO,<br>as Trustee of the Getty Petroleum Liquidating Trust,<br><br>   *Appellee*. | Case No. 14-10223 |
| In re:<br><br>GETTY PETROLEUM MARKETING, INC., *et al.*,<br><br>   *Reorganized Debtors*. | Chapter 11<br><br>Case No. 11-15606 |

## NOTICE OF LIQUIDATING TRUSTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying *Memorandum of Law in Support of Liquidating Trustee's Motion to Dismiss*, the undersigned will move before the Honorable Vernon S. Broderick, United States District Judge for the United States District Court for the Southern District of New York, at the United States District Courthouse located at 500 Pearl Street New York, NY 10007 at a time and place to be scheduled by this Court, for an order granting the Liquidating Trustee's Motion to Dismiss the appeal of the Bankruptcy Court's order dismissing the Defendants' counterclaims.

Dated: New York, New York
       January 9, 2014                      /s/ Andrew Goldman
                                            Andrew Goldman
                                            Michael Bongiorno
                                            Craig Goldblatt (*pro hac vice motion to follow*)
                                            WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                            7 World Trade Center
                                            New York, New York 10007
                                            Tel:  (212) 230-8800

                                            *Counsel for the Liquidating Trustee*