IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMBRIDGE SECURITIES, LLC, BJORN AASEROD, AND JOSEPH SCOTT KARRO,<br><br>*Appellants*,<br><br>v.<br><br>ALFRED T. GIULIANO, as Trustee of the Getty Petroleum Liquidating Trust,<br><br>*Appellee*. | Case No. 14-10223 |
| In re:<br><br>GETTY PETROLEUM MARKETING, INC., *et al.*,<br><br>*Reorganized Debtors*. | Chapter 11<br><br>Case No. 11-15606 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2015, true and correct copies of the N*otice of Liquidating Trustee's Motion to Dismiss* and *Memorandum of Law in Support of Liquidating Trustee's Motion to Dismiss* were served via e-mail and federal express upon:

Avrum J. Rosen, Esq.
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743
Email: ajrlaw@aol.com

Lloyd M. Eisenberg, Esq.
Eisenberg & Carton
1227 Main Street, Suite 101
Port Jefferson, NY 11777
Email: leisenberg@eisenbergcarton.com

Dated: New York, New York
January 9, 2015

  /s/ Andrew Goldman
Andrew Goldman
Michael Bongiorno
Craig Goldblatt (*pro hac vice motion to follow*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
New York, New York 10007
Tel:  (212) 230-8800

*Counsel for the Liquidating Trustee*