USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re:                                                                  :
                                                                            :
GETTY PETROLEUM MARKETING INC.,        :
et al.,                                                                  :
                                                                            :                14-CV-10223 (VSB)
                                            Debtors,           :
                                                                            :                BANKRUPTCY APPEAL
-------------------------------------------------------- X                SCHEDULING ORDER
CAMBRIDGE SECURITIES, LLC, BJORN      :
AASEROD, JOSEPH SCOTT KARRO, and   :
EISENBERG & CARTON,                                :
                                                                            :
                                            Appellants,      :
                                                                            :
                     - against -                                  :
                                                                            :
ALFRED T. GIULIANO,                                  :
as Trustee of The Getty Petroleum Liquidating :
Trust,                                                                  :
                                                                            :
                                            Appellee.        :
                                                                            :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       The above-captioned bankruptcy appeal has been assigned to me for all purposes.  The appeal was filed in this Court on December 31, 2014.

       Bankruptcy Rule 8009 requires the appellant to file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented."  The briefing schedule and format and length specifications set forth in the applicable provisions of Bankruptcy Rules 8015–8018 shall govern unless otherwise ordered by the Court.  Failure to comply with this order and/or the time limits in the Bankruptcy Rules will result in dismissal of the appeal (in the case of the appellant) or consideration of the appeal without an appellee's brief (in the case of the appellee).

Counsel are directed to review and comply with my Individual Rules and Practices (available at http://nysd.uscourts.gov/judge/Broderick) to the extent they are not inconsistent with the Bankruptcy Rules. My individual Rule 4.A regarding motion submissions applies to this appeal to the extent not inconsistent with the Bankruptcy Rules.

On January 9, 2015 Appellee Giuliano filed its Motion to Dismiss. (Docs 4-6.) Given this filing, the parties are directed to appear for a pre-motion conference on January 21, 2015 at 3:45 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: January 12, 2015
      New York, New York

Vernon S. Broderick
United States District Judge