<div style="text-align:center">

**THE LAW OFFICES OF**
**AVRUM J. ROSEN**, **PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address: ajrlaw@aol.com

</div>

| | |
|---|---|
| AVRUM J. ROSEN | ALLAN B. MENDELSOHN * |
| FRED S. KANTROW | MICHAEL J. O'SULLIVAN * |
| | (* *of counsel* ) |
| KIMBERLY I. BERSON | |
| DEBORAH L. DOBBIN | |
| SCOTT T. DILLON | |

<div style="text-align:right">January 14, 2015</div>

<u>Via Electronic Filing</u>
Hon. Vernon S. Broderick
United States District Judge
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *Cambridge Securities, LLC, et al. v. Alfred T. Giuliano, Trustee*
              Case No. 14-cv-10223-VSB

Dear Judge Broderick:

      This firm represents Cambridge Securities, LLC, as well as all other Appellants in the above captioned appeal of a order of the United States Bankruptcy Court, Southern District of New York. On this date, a Stipulation Dismissing Appeal, Without Prejudice was filed electronically with the Clerk of this Court [Dkt. No. 9], which was consented to by counsel for Appellee.

      Subject to your Honor approving the proposed Stipulation, Appellants and Appellee respectfully submit that the pre-trial conference now scheduled for January 21, 2015, at 3:45 p.m, is now moot and request that the hearing be marked off the calendar.

      Should you Honor require anything further, we are of course available at the Court's convenience.

<div style="margin-left:50%">
Respectfully,
/S/ Avrum J. Rosen

Avrum J. Rosen
</div>

Cc:   Andrew Goldman, Esq.